IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS DENNIS LAMERE, JR.<br><br>Defendant. | CR 16-33-M-DLC<br><br><br>ORDER |

The United States has filed a motion requesting to appear telephonically for the initial appearance scheduled on November 12, 2020, at 10:00 a.m. Good cause appearing,

IT IS HEREBY ORDERED that counsel for the United States may appear telephonically at the initial appearance. Counsel shall call 1-866-390-1828 at the designated time. When prompted, enter the access code 8447649 followed by #.

DATED this 12th day of November, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1